JEANETTE C. MOONEY, Respondent, v. EDWARD H. MOONEY, Appellant.— Motion for stay pending appeal granted on condition that defendant file an undertaking to secure payment of costs and allowances, and costs of the appeal; on the further condition that the *status quo* of the corporation be maintained by the parties to the litigation; that pending the appeal defendant be enjoined from transferring the stock or his right to the debenture bonds; and upon the further condition that the appeal be argued at the May, 1924, term. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ. Settle order on notice.

MARKEL TUCKER COOK COMPANY, INC., Respondent, v. JOHAN EHRLICH and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for Thursday, April 17, 1924, for which date the case is set down, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

EDITH P. RUCKERT and Others, as Executors, etc., of CHRISTIAN C. RUCKERT, Deceased, Appellants, v. NAT MILLER, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

HARRY SCHNELL and Another, Copartners, etc., Respondents, v. SOL PERLMON, etc., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

SAMUEL SCHWARTZ, Appellant, v. ISIDOR DEITELBAUM, Respondent.— Motion for reargument denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

JOSEPH VENTURA, an Infant, by FRANK VENTURA, His Guardian ad Litem, Appellant, v. WILLIAM F. ROOS, Respondent.— Motion to dismiss appeal granted by default. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

EAST RIVER NATIONAL BANK, Respondent, v. ANNA RAGONE and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

EAST RIVER NATIONAL BANK, Respondent, v. ROSA RAGONE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

EAST RIVER NATIONAL BANK, Respondent, v. ROSA COTIGNOLA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

JOHN FUCHS and Another, Respondents, v. MARY GRIMALDI and Others, Defendants, Impleaded with IRVING M. AUSTIN, Doing Business under the Firm Name and Style of AUSTIN, KNAPP & WAKEFIELD COMPANY, Appellant. (Appeal No. 1.) — Order denying motion to compel plaintiffs to serve an amended complaint on the ground that causes of action are inconsistent, and to compel plaintiffs to elect, affirmed, with ten dollars costs and disbursements. No opinion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.